IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS

IN RE:  TIMOTHY CLARK and LATISHA CLARK

CASE NO.: 3:17-14687
CHAPTER 13

AMENDMENT TO CHAPTER 13 PLAN

Come now the Debtors, by and through their attorney, Brian C. Wilson, and for debtors' Modification of the Chapter 13 Plan, states:

1. Payments shall be made in the sum of **$2,560.00 per month**.

The base of this case shall be calculated by adding the sum of the payments made thus far ($16,144.02) to the proposed future payments ($2,560.00 x 56 months totaling $159,504.02)

This represents a decrease in the amount of plan payment.
**XX This represents an increase in the amount of the plan payment.**
This modification does not affect the amount of the plan payment.

2. The plan length from the date of filing shall be **60** months.
This modification does affect the length of the plan.
**XXX This modification does not affect the length of the plan**.

3. Unsecured creditors with timely filed claims are to be paid **100%.**

4. The following changes are to be made to each creditor as set out below.

| Creditor Name | Change in Treatment/Classification |
|---|---|
| Instant Auto Credit Corp. | Re: 2014 Chevrolet Silverado |
| | No payments shall be disbursed to creditor on the 2014 Chevrolet Silverado.  The collateral is surrendered, and a deficiency balance shall be classified as general unsecured. |
| Navient Solutions, LLC on behalf of ECMC | Re: student loans (account 9766) |
| | Pay $50.00 per month on the above student loan debt.  The remaining balance shall not be subject to the Court's Order of Discharge as this is a non-dischargeable debt. |

5. The following creditors are added to the plan and are classified as Secured creditors:

NONE

6. The following creditors are added to the plan and are classified as Priority creditors:

None

7. The following creditors are added to the plan and are classified as Unsecured creditors:

8. Unsecured creditors shall be paid at least as much as they would receive under Chapter 7.

9. All other provisions as set forth in the last chapter 13 plan shall remain the same.

10. Debtor will pay all disposable income to the Trustee for the applicable commitment period of the plan for the benefit of unsecured creditors.

DATE: January 4, 2018                    Respectfully submitted,
                                         /S/ Brian C. Wilson
                                         Attorney at Law
                                         P.O. Box 3098
                                         Little Rock, Arkansas 72203
                                         (501)753-3328

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS

IN RE:  TIMOTHY CLARK and LATISHA CLARK

CASE NO.: 3:17-14687
CHAPTER 13

NOTICE OF OPPORTUNITY TO OBJECT

You are hereby notified that the captioned debtor has filed the attached Amended Plan. Objections must be filed with the Bankruptcy Court at 300 W. 2nd Street, Little Rock, Arkansas 72201 in writing within twenty-eight (28) days from the date of this notice, with copies to the attorney for debtor and to the Standing Chapter 13 Trustee, P. O. Box 5006, North Little Rock, Arkansas 72119.

If objections are filed, they will be set for hearing by subsequent notice. If no objections are received, the Amended Plan may be granted without further notice or hearing.

Date: January 4, 2018                              /S/ Brian C. Wilson
                                                   Attorney at Law
                                                   P.O. Box 3098
                                                   Little Rock, Arkansas 72203
                                                   (501) 753-3328

CERTIFICATE OF MAILING

I, the undersigned, hereby certify that copies of the foregoing Amended Plan and attached Notice of Opportunity to Object have been mailed to the following via U.S. Mail, postage prepaid:

Mark T. McCarty, Chapter 13 Trustee
P.O. Box 5006
North Little rock, AR 72119

Creditors per matrix as of January 4, 2018

Dated: January 4, 2018                             /S/ Brian C. Wilson