### IN THE UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

**IN RE:  TIMOTHY & LATISHA CLARK**            **CASE NO.: 17-14687**
                                                **CHAPTER 13**

### AMENDMENT TO CHAPTER 13 PLAN

Comes now the Debtor, by and through attorney, Brian C. Wilson, and for Modification of the Chapter 13 Plan, states:

1. Payments shall be made in the sum of **$1,710.00 per month** beginning in September 2018.

**This represents a decrease in the amount of the plan payment**.

2. The plan length from the date of filing shall be **60** months.

**This modification does not affect the length of the plan**.

The Base is calculated as the total amount paid in to date which is $39,518.67, plus the plan payment of $1,710.00 per month for 48 months, for a total base amount of $121,598.67.

Debtor will not make up any plan arrearages that may have accumulated since case was filed.

3. Unsecured creditors with timely filed claims are to be paid **PRO-RATA.**

4. The following changes are to be made to each creditor as set out below.

Creditor Name                    Change in Treatment/Classification

None

5. The following creditors are added to the plan and are classified as Secured creditors:

NONE

6. The following creditors are added to the plan and are classified as Priority creditors:

None

7. The following creditors are added to the plan and are classified as Unsecured creditors:

8. Unsecured creditors shall be paid at least as much as they would receive under Chapter 7.

9. All other provisions as set forth in the last chapter 13 plan shall remain the same.

10. Debtor will pay all disposable income to the Trustee for the applicable commitment period of the plan for the benefit of unsecured creditors.

DATE: September 12, 2018

Respectfully submitted,
/S/ Brian C. Wilson
Attorney at Law
P.O. Box 3098
Little Rock, Arkansas 72203
(501)266-3328

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

IN RE:  TIMOTHY & LATISHA CLARK          CASE NO.: 17-14687
                                                                                  CHAPTER 13

NOTICE OF OPPORTUNITY TO OBJECT

You are hereby notified that the captioned debtor has filed the attached Amended Plan. Objections must be filed with the Bankruptcy Court at 300 W. 2nd Street, Little Rock, Arkansas 72201 in writing within twenty-eight (28) days from the date of this notice, with copies to the attorney for debtor and to the Standing Chapter 13 Trustee, P. O. Box 5006, North Little Rock, Arkansas 72119.

If objections are filed, they will be set for hearing by subsequent notice. If no objections are received, the Amended Plan may be granted without further notice or hearing.

Date: September 12, 2018                    /S/ Brian C. Wilson
                                                              Attorney at Law
                                                              P.O. Box 3098
                                                              Little Rock, Arkansas 72203
                                                              (501) 266-3328

CERTIFICATE OF MAILING

I, the undersigned, hereby certify that copies of the foregoing Amended Plan and attached Notice of Opportunity to Object have been mailed to the following:

Mark McCarty, Chapter 13 Trustee
P.O. Box 5006
North Little rock, AR 72119

Creditors per matrix as of September 12, 2018

Dated: September 12, 2018                    /S/ Brian C. Wilson